## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

DENA ROOD,

               Plaintiff,               CIVIL NO.: 10-CV-4298 PAM/SRN

v.

                                    **ORDER FOR DISMISSAL**

WEST ASSET MANAGEMENT, INC.,

               Defendant.
_____

Based upon the Notice of Voluntary Dismissal with Prejudice, Civil Docket number 4, filed by Plaintiff on January 26, 2011, and upon all the files, records and proceedings herein,

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

                                                 **BY THE COURT:**

Dated: January 25, 2011                       s/Paul A. Magnuson
                                                   The Honorable Paul A. Magnuson
                                                   Judge of United States District Court